IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FLORES,<br><br>    Petitioner,<br><br>  vs.<br><br>BEN CURRY,<br><br>    Respondent. | No. C 06-7141 JSW (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Docket No. 9) |

    Petitioner, a prisoner of the State of California, currently incarcerated at Tallahatchie County Correctional Facility in Tutwiler, Mississippi, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to show cause why the petition should not be granted. Respondent filed a motion to dismiss the petition on June 11, 2007. On June 26, 2007, Petitioner filed a request for an extension of time to file an opposition (docket no. 9). Good cause appearing, the request is GRANTED. Petitioner shall file his opposition on or before thirty days from the date of this order.

    IT IS SO ORDERED.

DATED: November 7, 2007

                                              JEFFREY S. WHITE<br>
                                              United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

ANGEL FLORES,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

                                /

Case Number: CV06-07141 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Angel Flores
Tallahatchie County Correctional Facility
P69076
295 U.S. Highway 49 South
Tutwiler, MS 38963

Michael Damian O'Reilley
State of California Office of the Attorney General
Criminal Division
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Dated: November 7, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk