IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FLORES,<br><br>    Petitioner,<br><br>  vs.<br><br>BEN CURRY,<br><br>    Respondent. | No. C 06-7141 JSW (PR)<br><br>**ORDER REGARDING PETITIONER'S MOTION TO RECONSIDER** |

Petitioner, a prisoner of the State of California, currently incarcerated at Tallahatchie County Correctional Facility in Tutwiler, Mississippi, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. On March 19, 2008, this Court granted Respondent's motion to dismiss the petition as untimely (docket no. 22). On September 2, 2008, Petitioner filed a motion to reconsider (docket no. 24) and on December 15, 2008, a letter from the California Supreme Court granting him permission to file an untimely petition for review (docket no. 25). Respondent is ordered to file a response to Petitioner's motion on or before thirty days from the date of this order.

IT IS SO ORDERED.

DATED: December 19, 2008

                                                                            JEFFREY S. WHITE<br>
                                                                            United States District Judge